1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO TAFOLLA, | ) Case No. CV 13-558 DDP (MRW) |
|             Petitioner, | ) |
|    vs. | ) JUDGMENT |
| WARDEN, | ) |
|             Respondent. | ) |
| _____ | ) |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: February 20, 2013          _____
                                             HON. DEAN D. PREGERSON
                                             UNITED STATES DISTRICT JUDGE